1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE J.E. COLEY,<br><br>Petitioner,<br><br>v.<br><br>CLARK DUCART, Warden,<br><br>Respondent. | No. 2:16-cv-1168 AC P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. By order filed June 8, 2016, this court directed the Clerk of Court to serve a copy of the petition on respondent's counsel, and directed respondent to file a response. See ECF No. 4.

One additional matter requires the court's attention. Petitioner's motion to file an enlarged petition, see ECF No. 2, is construed as petitioner's request to incorporate with his petition his extensive exhibits (1856 pages), see ECF No. 1. The request will be granted, thus enabling the Clerk of Court to serve respondent's counsel with copies of petitioner's exhibits.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to file an enlarged petition, ECF No. 2, is granted; and

////

////

1

2.  The Clerk of Court is directed to serve a copy of this order, together with copies of each of petitioner's exhibits (as well as a copy of the petition for writ of habeas corpus, as previously ordered), on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: June 8, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE